# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY, Warden,<br><br>　　　　　Respondent. | NO. CV 16-1593-RGK (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court has engaged in a de novo determination of the portions of the Report and Recommendation to which Objections were directed and the Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

　　　**IT IS ORDERED** that Judgment be entered denying and dismissing the Petition with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 30, 2016.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE