**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

MICHAEL LYNN WATERS,                )   NO. CV 16-1593-RGK (AS)
                                    )
            Petitioner,             )
                                    )
      v.                            )         **JUDGMENT**
                                    )
DAVE DAVEY, Warden,                 )
                                    )
            Respondent.             )
                                    )
_____)

      Pursuant to the Order Accepting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition is denied and dismissed with
prejudice.

      DATED: August 30, 2016.


                        _____
                              R. GARY KLAUSNER
                        UNITED STATES DISTRICT JUDGE